THIS OPINION
HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

 

THE STATE OF SOUTH CAROLINA

In The Court of Appeals

 

 

 
 
 The State,
 
 
 Respondent,
 
 

 

v.

 
 
 Quavis R. Page,
 
 
 Appellant.
 
 

 

 

__________

 

Appeal From Spartanburg County

 J. Mark Hayes, II, Circuit Court Judge

__________

 

Unpublished Opinion No. 2010-UP-151

Submitted January 4, 2010  Filed February
23, 2010    

__________

 

APPEAL DISMISSED

__________

 

Appellate Defender Kathrine H. Hudgins, of
Columbia, for Appellant.

 

Attorney General Henry Dargan McMaster, Chief
Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
Salley W. Elliott, all of Columbia; Solicitor Harold W. Gowdy, III, of
Spartanburg, for Respondent.

 

 

PER CURIAM:  Quavis
Page pled guilty to armed robbery, and the trial court sentenced him to thirty
years' imprisonment, suspended upon service of fifteen years' confinement and
three years' probation.  On appeal Page argues his guilty plea did not comply
with the mandates of Boykin v. Alabama, 395 US 238 (1969).  After a thorough review of the record and counsel's
brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State
v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
grant counsel's petition to be relieved.[1] 

 

APPEAL DISMISSED.  

 

SHORT, THOMAS, and
KONDUROS, JJ., concur.

 

 

 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.